51 So.2d 915

### Daisy MATTHEWS v. CITY OF BIRMINGHAM.
### 6 Div. 12.

Court of Appeals of Alabama.
March 20, 1951.

Appeal from Circuit Court, Jefferson County; L. S. Moore, Special Judge.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

HARWOOD, Judge.

Affirmed.